FILED

FEB 2 8 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § | CASE NO: SA:15-CR-00820 (1) DAE |
| | § § | |
| PORTILLO (1) & PIKE (2) | § | |

## ORDER

IT IS ORDERED that the jury be sequestered from when they report to the jury room each day until a) released by the Court at the end of each day, b) verdict is reached and the jury is formally discharged by the Court, or c) until further Order of the Court.

While the jury is kept together and not allowed to separate, pursuant to this Order, the cost of subsistence of said jury including cost of coffee and other necessaries incurred by said jury during court recesses shall be paid by the United States Government.

IT IS SO ORDERED.

SIGNED and ENTERED February 28th, 2018.

_____
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE